# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PIERRE HAMILTON,**

    **Petitioner,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

CASE NO. 2:16–cv–993
CRIM. NO. 2:14–cr–217(2)
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE KEMP

## ORDER

On April 11, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255*, ECF No. 514, be denied. ECF No. 564. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF No. 564, is **ADOPTED** and **AFFIRMED**. The *Motion to Vacate under 28 U.S.C. § 2255*, ECF No. 514, is **DENIED** and this action is hereby **DISMISSED**.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON**
**United States District Judge**